IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DONALD R. SLATTERY,

    Plaintiff,

vs.

GARY MOHR, et al.,

    Defendants.

Civil Action 2:11–cv–202

Judge Watson
Magistrate Judge King

## ORDER

On July 17, 2012, the United States Magistrate Judge recommended Defendants' motion for summary judgment be granted. *Report and Recommendation,* ECF No. 38. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation,* ECF No. 38, is **ADOPTED AND AFFIRMED**. Defendants' motion for summary judgment, ECF No. 27, is **GRANTED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this case.

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT